# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00300-CV

**Theresa Jones, Appellant**

**v.**

**Leander Healthcare Center and Allen L. Mauldin, Appellees**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 11-346-C368,  HONORABLE BURT CARNES, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion requesting that this appeal be dismissed.  *See*
Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed on Joint Motion

Filed:   February 23, 2012